**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

BETANET, LLC,

      Plaintiff,

v.

(I) XEROX CORP.;
(2) ACTIVISIONIBLIZZARD, INC.;
(3) ADEMERO, INC.;
(4) CAKEWALK, INC.;
(5) CHECK POINT SOFTWARE TECH., INC.;
(6) COFFEECUP SOFTWARE, INC.;
(7) CVISION TECH., INC.;
(8) DOCUMENT IMAGING SOLUTIONS, INC.;
(9) GEO-PLUS.COM;
(10) LENOVO, INC.;
(II) MANEDGE SOFTWARE;
(12) MOTOROLA, INC.;
(13) NVIDIA CORP.;
(14) OFFICE GEMINI, LLC;
(15) POLYCOM INC.;
(16) PORTABLE TECH. SOLUTIONS, LLC;
(17) SILICON GRAPHICS INT'L CORP.;
(18) SYNCHRONICA, PLC; AND
(19) TREENO SOFTWARE INC.

      Defendants

Civ. No. 2:10-cv-201

**JURY TRIAL DEMANDED**

**STIPULATION OF DISMISSAL**

      Plaintiff BetaNet, LLC and Defendant NVIDIA Corp. by their respective undersigned attorneys, hereby stipulate to a dismissal of this action as between each of them. This dismissal is with prejudice as to all claims of Plaintiff against Defendant and all counterclaims of Defendant against Plaintiff. Each party shall bear its own attorneys' fees and costs. A proposed order dismissing this action is being filed herewith.

| | |
|---|---|
| Dated: December 21, 2010 | By: /s/Andrew W. Spangler<br>Andrew W. Spangler<br>Texas Bar No. 24041960<br>Spangler Law, PC.<br>208 N. Green St., #300<br>Longview, Texas 75601-7312<br>Phone: (903) 753-9300<br>Fax: (903) 553-0403<br>spangler@spanglerlawpc.com<br><br>Gregory P. Love<br>Texas Bar No. 24013060<br>Stevens Love<br>P.O. Box 3427<br>Longview, Texas 75606-3427<br>Phone: (903) 753-6760<br>Fax: (903) 753-6761<br>greg@stevenslove.com<br><br>COUNSEL FOR PLAINTIFF BETANET, LLC<br><br>Jerry R. Selinger<br>Texas Bar No. 18008250<br>Patterson & Sheridan LLP<br>1700 Pacific, Suite 2650<br>Dallas, TX 75201<br>Phone: (214) 272-0957<br>Fax: (214) 296-0246<br><br>COUNSEL FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler