**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

BETANET, LLC,

      Plaintiff,

v.

(l) XEROX CORP.;
(2) ACTIVISIONIBLIZZARD, INC.;
(3) ADEMERO, INC.;
(4) CAKEWALK, INC.;
(5) CHECK POINT SOFTWARE TECH., INC.;
(6) COFFEECUP SOFTWARE, INC.;
(7) CVISION TECH., INC.;
(8) DOCUMENT IMAGING SOLUTIONS, INC.;
(9) GEO-PLUS.COM;
(10) LENOVO, INC.;
(ll) MANEDGE SOFTWARE;
(12) MOTOROLA, INC.;
(13) NVIDIA CORP.;
(14) OFFICE GEMINI, LLC;
(15) POLYCOM INC.;
(16) PORTABLE TECH. SOLUTIONS, LLC;
(17) SILICON GRAPHICS INT'L CORP.;
(18) SYNCHRONICA, PLC; AND
(19) TREENO SOFTWARE INC.

      Defendants

Civ. No. 2:10-cv-201

**JURY TRIAL DEMANDED**

**ORDER OF DISMISSAL AS TO DEFENDANT ROCKWELL AUTOMATION, INC.**

      Based on the "Stipulation of Dismissal" filed by Plaintiff BetaNet, LLC and Defendant NVIDIA Corp. it is hereby ORDERED that all claims and counterclaims of BetaNet, LLC and Defendant against each other are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.